Argued and submitted March 8, affirmed June 16, petition for review denied
November 4, 2021 (368 Or 703)

Derick T. WILTSHIRE,
*Plaintiff-Appellant,*

*v.*

FARMERS INSURANCE
COMPANY OF OREGON,
an Oregon corporation,
*Defendant-Respondent.*

Multnomah County Circuit Court
17CV09544; A170996

488 P3d 834

Katharine von Ter Stegge, Judge.

Dean Heiling argued the cause for appellant. Also on the briefs was Heiling Dwyer.

R. Daniel Lindahl argued the cause for respondent. Also on the brief were Ronald J. Clark and Bullivant Houser Bailey PC.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

Plaintiff assigns error to the trial court's denial of his claim for attorney fees arising out of a negligence action against defendant Farmers Insurance Company of Oregon. Plaintiff's assignment is foreclosed by *Goddard v. Farmers Ins. Co.*, 177 Or App 621, 33 P3d 1075 (2001) (holding that ORS 742.061 does not authorize attorney fees related to a tort claim against an insurer), and we reject it without further discussion. We reject plaintiff's remaining assignments of error.

Affirmed.